

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-00774-CV

Style: In re Patti J. Wagner, as Guardian of Jenny Wagner, an Incapacitated Adult

Date motion filed[*]: October 26, 2015

Type of motion: Second Unopposed Motion for Extension of Time to File a Response to Petition for Writ of Mandamus

Party filing motion: Real party in interest Anthonia Uduma

Document to be filed: Response to petition for writ of mandamus

If motion to extend time:

 Original due date: October 5, 2015

 Number of previous extensions granted: 1  Current Due date: November 4, 2015

 Date Requested: December 4, 2015

Ordered that motion is:

 ☑ Granted

  If document is to be filed, document due: **December 4, 2015**

  ☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

 ☐ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☐ Other: _____

Judge's signature: /s/ Terry Jennings
     ☑ Acting individually ☐ Acting for the Court

Date: November 3, 2015